UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZELTIQ AESTHETICS, INC.,<br>        Plaintiff,<br>v.<br>BTL INDUSTRIES, INC., et al.,<br>        Defendants. | Case No. 13-cv-05473-JCS<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 39 |
|---|---|

To the extent requested by Defendant's Requests for Production, Plaintiff shall produce:

1. Documents regarding Zeltiq's marketing of the Coolsculpting device between May 2009 and September 2010; and

2. Documents regarding Zeltiq's marketing of the Coolsculpting device for use to treat fat on areas of the body not covered by its FDA clearance:

    a. Marketing of Coolsculpting for treatment of thighs between May 2013 and April 2014; and

    b. Marketing of Coolsculpting for treatment of the abdomen between June 2011 and May 2012.

*See* Dkt. No. 39 at 2 ¶ 3.

**IT IS SO ORDERED.**

Dated: July 1, 2014.

_____
JOSEPH C. SPERO
United States Magistrate Judge