UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., <br> Plaintiff, <br> v. <br> BTL INDUSTRIES, INC., et al., <br> Defendants. | Case No. 13-cv-05473-JCS <br><br> **ORDER GRANTING LEAVE TO FILE SURREPLY** |

Plaintiff has moved for partial summary judgment. Defendants object to new arguments in, and evidence submitted with, Plaintiff's Reply, and ask the Court to disregard this material. *See* dkt. 62. The Federal Rules provide that an "affidavit supporting a motion must be served with the motion," Fed. R. Civ. P. 6(c)(2), and district courts have discretion to disregard untimely evidence and arguments. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 898 (1990); *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007). The Court declines to exercise that discretion in this case, and instead grants Defendants leave to file a surreply addressing Plaintiff's new evidence and arguments, not to exceed five double-spaced pages, no later than Friday, March 6, 2015. Defendants may also file declarations in support of their surreply.

**IT IS SO ORDERED.**

Dated: March 3, 2015

JOSEPH C. SPERO
United States Magistrate Judge